UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO.   25-CR- |
| v. : | 25-MJ-239 |
| : | |
| JAMES ADRIAN BREWER, : | 18 U.S.C. § 922(o) |
| : | (Unlawful Possession of a Machinegun) |
| Defendant. : | |
| : | FORFEITURE: 18 U.S.C. § 924(d), |
| : | 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about September 3, 2025, within the District of Columbia, **JAMES ADRIAN BREWER** did knowingly possess a machinegun, that is, a device (bearing no manufacturer's marks of identification, or serial number as required) designed and intended to convert a semi-automatic, Glock-style handgun to be capable of fully automatic fire, without manual reloading, by a single function of the trigger.

(**Unlawful Possession of a Machinegun**, in violation of 18 U.S.C. § 922(o))

### FORFEITURE ALLEGATION

1.   Upon conviction of any of the offenses alleged in Count One of this information, **JAMES ADRIAN BREWER** shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses. The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and

any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses.

2. Upon conviction of any of the offenses alleged in Count One of this Information, **JAMES ADRIAN BREWER** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to:

(a) A Glock, Model 19, 9mm semi-automatic handgun bearing serial number BBKD640 and 24-round capacity magazine seized on September 3, 2025;

(b) 23 rounds of 9mm ammunition seized on September 3, 2025;

(c) A switch-style Machinegun Conversion Device ("MCD") seized on September 3, 2025;

(d) Six rounds of 9mm ammunition seized on October 7, 2025;

(e) 17 rounds of .223 caliber ammunition seized on October 7, 2025;

(f) An AR-style rifle charging handle seized on October 7, 2025.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

**JAMES ADRIAN BREWER** shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

 (**Criminal Forfeiture**, pursuant to 18 U.S.C. § Section 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c))

        Respectfully Submitted,

        JEANINE FERRIS PIRRO
        United States Attorney

By: */s/ James B. Nelson*
   JAMES B. NELSON
   D.C. Bar No. 1613700
   Assistant United States Attorney
   Violent Crime and Narcotics Trafficking Section
   601 D. Street, N.W.
   Washington, D.C. 20530
   (202) 252-6986
   james.nelson@usdoj.gov